McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
MARY P. PARNOW
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PAYTON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　Defendant. | CASE NO. 2:05-CV-01852-PAN (JFM)<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT (EAJA) |

　　　It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FOUR HUNDRED TWENTY FIVE AND 00/100 DOLLARS ($4,425.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

　　　Payment of the amount specified above shall constitute a complete release from and bar to any

/////

PAYTON v. Barnhart
EAJA Stip & Order
2:05-cv-01852-PAN (JFM)

**1**

1  and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without
2  prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

4  DATE: January 5, 2007          /s/ Robert K. Kolber (as authorized on January 3, 2007)
                                  ROBERT K. KOLBER
5                                 Attorney at Law

                                  Attorney for Plaintiff

8  DATE: January 5, 2007          McGREGOR W. SCOTT
                                  United States Attorney
9                                 BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney

                            By:   /s/ Bobbie J. Montoya for
                                  MARY P. PARNOW
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

15 OF COUNSEL:
   LUCILLE GONZALES MEIS
16 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,425.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: January 16, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13
Payton.stipord.eajafees.ss.wpd

PAYTON v. Barnhart
EAJA Stip & Order
2:05-cv-01852-PAN (JFM)

3